ALBERT J. LEVINE, Respondent, v. TRICO PRODUCTS CORPORATION, Appellant. — Order reversed, with twenty dollars costs and disbursements, and motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is ordered, upon payment of his proper fees therefor, forth-

with to deliver to the clerk of the county of Erie all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.